# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, : | |
| : | |
| Plaintiff, : | Case No. 2:22-cv-3311 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| ROBERT J. YOUNG, *et al.*, : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendants. : | |

## ORDER ON REPORT AND RECOMMENDATION

On September 20, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 11) that this Court dismiss Plaintiff's *pro se* Complaint (ECF No. 1) under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) for failure to state a claim on which relief may be granted. Namely, the Magistrate Judge found as insufficient that Plaintiff's Complaint contains only one, sentence-long allegation justifying his $100 million claim for punitive damages: "that he was discriminated against and denied employment by the twelve named Defendants." (ECF No. 11 at 3–4) (internal quotations omitted).

The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (*Id*. at 5–6). The Report and Recommendation also recommended permitting Plaintiff to move for leave to file an Amended Complaint asserting a proper discrimination claim. (*Id.* at 5). No objections have been filed, and the deadline lapsed on October 4, 2022.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)

and 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff's Motion for Seizure of Chattels requesting the seizure of Defendants' property is thus **DISMISSED AS MOOT**. (ECF No. 12).

Plaintiff may submit, within thirty (30) days of the date of this Order, a motion for leave to file an Amended Complaint consistent with the instruction provided in the Magistrate Judge's Report and Recommendation; if he fails to do so, this Court will dismiss this action in its entirety.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  May 1, 2023**